

**ORDERED in the Southern District of Florida on October 31, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In  re:                                                      Case No.: 22-15725-AJC
                                                             Chapter 13

       Yunia  Diaz Morales

_____Debtor(s)_____/

<u>**ORDER SUSTAINING OBJECTION TO CLAIM OF PENNYMAC LOAN SERVICES, LLC**</u>

THIS MATTER having come to be heard without objection on the consent calendar on October 25, 2022 upon Debtor's Objection to Claim of PennyMac Loan Services, LLC (ECF#18; claim #7-1) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1.     The objection to the proof of claim of PennyMac Loan Services, LLC is SUSTAINED.

2.      The claim is allowed as filed without distribution from the Chapter 13 Trustee.

# # #

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

LF-70 (rev. 12/01/09)